PER CURIAM. Report sent back to commissioners for revision.

---

### In re DEPARTMENT OF PUBLIC PARKS.

#### In re RHINES et al.

(*Supreme Court, General Term, First Department.* December 2, 1889.)

Motion to confirm report of commissioners of estimates.

Argued before VAN BRUNT, P. J., and BARRETT and CULLEN, JJ.

PER CURIAM. We cannot direct payment of these bills without proof of their necessity and reasonableness.

---

### WINCHESTER, Respondent, v. BROWNE, Appellant.

(*Supreme Court, General Term, First Department.* July 9, 1889.)

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*Henry Schmidt*, for appellant. *A. Walker Otis*, for respondent.

No opinion. Order reversed, with $10 costs and disbursements. For former reports, see 4 N. Y. Supp. 155, 6 N. Y. Supp. 913. See, also, 7 N. Y. Supp. 550, 8 N. Y. Supp. 82.

---

### CLAPP, Respondent, v. ATTERBURY et al., Appellants.

(*Superior Court of New York City, General Term.* June 20, 1888.)

Argued before SEDGWICK, C. J., and TRUAX, J.

*Logan & Melliss*, for appellants. *Philip Carpenter*, for respondent.

Judgment affirmed. See 6 N. Y. Supp. 510.

---

### METROPOLITAN LIFE INS. Co., Appellant, v. CALLAN, Respondent.

(*Common Pleas of New York City and County, General Term.* May 7, 1889.)

Judgment reversed. For former reports, see 4 N. Y. Supp. 833, 3 N. Y. Supp. 242.